UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| IN RE: | CASE NO: |
|---|---|
| BUILT RIGHT, LLC | 09-05176-8-RDD |
| DEBTOR(S) | CHAPTER 7 |

## **REPORT ON SMALL DIVIDENDS**

JOHN C. BIRCHER III, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks are as follows:

| Claimant | Amount |
|---|---|
| Rivers & Associates, Inc.<br>PO Box 929<br>Greenville, NC 27835 | $7.00 |
| Taylor Publications<br>PO Box 12006<br>New Bern, NC 28561 | $2.03 |
| ABC Supply Co, Inc.<br>301 Perimeter Point Blvd<br>Winston Salem, NC 27105 | $3.00 |
| S&S Insulation<br>2387 Ash Davis Road<br>Pink Hill, NC 28572 | $5.96 |
| Total | $17.99 |

WHEREFORE, the undersigned Trustee desires to pay unto the Court said small dividends pursuant to Rule 3010(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §347(a).

DATED:  November 30, 2010

  /s/ John C. Bircher III
John C. Bircher III
State Bar No. 24119
1319 Commerce Drive
New Bern, NC 28562
Telephone: (252) 638-5792
Facsimile: (252) 637-7548